IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE HARTFORD FIRE INSURANCE COMPANY,

    Plaintiff

vs.                                                                                            No. CIV 10-0137 JB/RHS

GANDY DANCER, LLC;
BNSF RAILWAY COMPANY; and
ROY D. MERCER, LLC,

    Defendants,

and

BNSF RAILWAY COMPANY;

    Counter-Plaintiff

vs.

THE HARTFORD FIRE INSURANCE COMPANY,

    Counter-Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) its Stipulated Order Dismissing Defendant Gandy Dancer, LLC With Prejudice, filed July 5, 2013 (Doc. 113)("First Stipulated Order"); and (ii) its Stipulated Order Dismissing the Complaint and Counterclaim With Prejudice, filed February 28, 2014 (Doc. 134)("Second Stipulated Order"). In its First Stipulated Order, the Court dismissed Plaintiff/Counter-Defendant The Hartford Fire Insurance Company's claims against Gandy Dancer with prejudice. See First Stipulated Order at 1. In its Second Stipulated Order, the Court dismissed all claims by all parties with prejudice. See Second

Stipulated Order at 1-2.  Because the Court's First Stipulated Order and its Second Stipulated Order dispose of all claims and all parties with prejudice, entry of final judgment is appropriate.

**IT IS ORDERED** that: (i) all claims against all parties are dismissed with prejudice; and (ii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Todd A. Schwarz
Tom Bunting
Miller Stratvert, P.A.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff and Counter-Defendant The Hartford Fire Insurance Company*

Robert P. Warburton
Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Gandy Dancer LLC*

Tim L. Fields
Earl E. DeBrine, Jr.
Paul T. Halajian
Nathan T. Nieman
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant BNSF Railway Company*

Charles T. DuMars
Tanya L. Scott
Law & Resource Planning Associates
Albuquerque, New Mexico

    *Attorneys for Defendant Roy D. Mercer, LLC*